IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DILIGENT ENTERPRISE MANAGEMENT, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,<br><br>          Defendants. | Civil Action No. 25-689-CFC |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 81.2**

Pursuant to Rule 81.2 of the Local Rules of the United States District Court for the District of Delaware, Plaintiff Diligent Enterprise Management, LLC ("Plaintiff"), and defendants AML Global Eclipse, LLC, DWC Pine Investments I, LTD., Alan Klapmeier, James Carroll, Steve Serfling, RJ Siegle, and Mike Wyse (collectively, the "Defendants") hereby submit the following joint statement identifying all pending matters which require judicial action.

**Procedural Background**

1. ONE Aviation Corporation ("ONE Aviation") and certain of its affiliates (collectively, the "Debtors") filed bankruptcy cases that are currently pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under lead case *ONE Aviation Corp., et al.*, Case No. 18-12309 (JKS).

2.      On May 27, 2025, Judge Caproni, District Judge for the Southern District of New York, granted Defendants' motion to transfer this action to this Court pursuant to 28 U.S.C. §§ 1334 and 1452, and denied Plaintiff's motion to remand to state court.  (*See*, D.I. 60).

### The Only Pending Matter Is
### Referral to the Bankruptcy Court

3.      The parties believe that the only matter currently requiring judicial action is the question of referral of this action to the Bankruptcy Court pursuant to this Court's *Amended Standing Order of Reference* dated February 29, 2012 (the "Standing Order"), which provides that "any or all proceedings arising under Title 11 or arising in or related to a case under Title 11 are referred to the bankruptcy judges for this district."

4.      Defendants believe this matter should be automatically referred to the Bankruptcy Court pursuant to the Standing Order.  Plaintiff does not contest that the Standing Order appears to apply to this matter.

*[Remainder of page intentionally left blank]*

Dated:   July 28, 2025

| | |
|---|---|
| BAKER & HOSTETLER LLP<br>By:   */s/ Jeremy Anderson*<br>Jeremy Anderson (DE Bar No. 4515)<br>1201 N. Market Street \| 14th Floor<br>Wilmington, DE 19801-1147<br>(302) 407-4224<br>jdanderson@bakerlaw.com<br>*Counsel for Defendants Alan Klapmeier,*<br>*James Carroll, Steve Serfling, RJ Siegle,*<br>*and Mike Wyse* | PACHULSKI STANG ZIEHL & JONES LLP<br>By:   */s/ Mary F. Caloway*<br>Laura Davis Jones (DE Bar No. 2436)<br>Mary F. Caloway (DE Bar No. 3059)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>           mcaloway@pszjlaw.com |
| MCDERMOTT WILL & EMERY LLP<br>By:   */s/ Anna Fosberg Martin*<br>Anna Fosberg Martin (DE Bar No. 6802)<br>1000 N. West Street, Suite 1400<br>Wilmington, DE 19801<br>Tel: (302) 485-3936<br>afmartin@mwe.com<br><br>*Counsel for Defendant DWC Pine Investments I,*<br>*Ltd.* | FRIED FRANK HARRIS, SHRIVER &<br>JACOBSON LLP<br>Michael C. Keats (*pro hac vice*)<br>One New York Plaza<br>New York, NY 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>Email: michael.keats@friedfrank.com<br><br>*Counsel for Defendant*<br>*AML Global Eclipse, LLC* |
| CHRISTENSEN LAW LLC<br>By:   */s/ Levi Akkerman*<br>Joseph L. Christensen (DE Bar No. 5146)<br>Levi Akkerman (DE Bar No. 7015)<br>1201 North Market Street, Suite 1404<br>Wilmington, DE 19801<br>(302) 212-4330<br>joe@christensenlawde.com<br>lakkerman@christensenlawde.com<br><br>*Counsel for Plaintiff Diligent Enterprise*<br>*Management, LLC* | |

Case 1:25-cv-00689-CFC   Document 71   Filed 07/28/25   Page 4 of 5 PageID #: 30

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DILIGENT ENTERPRISE MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROL, STEVE SERFLING, RJ SIEGLE and MIKE WYSE,<br><br>Defendants. | Civil Action No. 25-689-CFC |

## CERTIFICATE OF SERVICE

I, Mary F. Caloway, hereby certify that on the 28th day of July, 2025, I caused a copy of the following document to be served upon the individuals on the attached service list via Electronic Mail.

*Joint Statement Pursuant to Local Rule 81.2*

                                    */s/ Mary F. Caloway*
                                    Mary F. Caloway (DE Bar No. 3059)

AML Global Eclipse, LLC [v Diligent] et al Service List
Case 1:25-cv-00689-CFC
Document No. 4903-7657-9923
03 – Electronic Mail

**ELECTRONIC MAIL**
(*Attorney for Defendants Alan Klapmeier, James Carroll, Steve Serfling, RJ Siegle, and Mike Wyse*)
Jeremy D. Anderson, Esq.
Baker & Hostetler LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
**Email: jdanderson@bakerlaw.com**

**ELECTRONIC MAIL**
(*Counsel for Plaintiff Diligent Enterprise Management, LLC*)
Joseph L. Christensen, Esq.
Levi Akkerman, Esq.
1201 North Market Street, Suite 1404
Wilmington, DE 19801
**Email: joe@christensenlawde.com; lakkerman@christensenlawde.com**